VIOLA NICHOLAS, Appellant-Respondent, v. EDWARD NICHOLAS, Respondent-Appellant.— Order dated December 1, 1944, granting defendant's motion to confirm the report of an official referee, denying plaintiff's motion to modify the interlocutory decree of divorce so as to provide for plaintiff's support and maintenance, and directing that plaintiff forthwith submit a final decree of divorce for signature, reversed on the law and the facts, with $10 costs and disbursements, defendant's motion to confirm the report of the official referee denied, and plaintiff's motion to modify the interlocutory decree of divorce granted, without costs, to the extent of inserting a provision therein that defendant pay to plaintiff alimony at the rate of $25 a week for her support and maintenance, beginning as of May 9, 1944, the return date of plaintiff's motion. The final judgment to be entered shall provide for a similar amount of alimony. Order dated February 20, 1945, granting plaintiff $350 as counsel fee and for printing disbursements to prosecute her appeal from the order of December 1, 1944, affirmed, without costs. Under the facts of this case, the principles enunciated in *Rappaport* v. *Rappaport* (268 App. Div. 1006) apply. Close, P. J., Hagarty, Carswell, Adel and Lewis, JJ., concur. [See *post,* p. 756.]

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. DAVID REED, Appellant.— Judgment of the County Court, Queens County, convicting defendant of the crimes of burglary in the third degree and grand larceny in the first degree, unanimously affirmed. No opinion. Present — Hagarty, Acting P. J., Carswell, Adel, Lewis and Aldrich, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. MARTIN SEIGEL, Appellant. THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ABRAHAM H. DENIS, Appellant.— Defendants appeal from a judgment of a city magistrate, holding a Court of Special Sessions of the City of New York, Borough of Brooklyn, convicting them of the crime of violating section 986 of the Penal Law (book-making). Judgment unanimously affirmed. No opinion. Present — Close, P. J., Hagarty, Carswell, Johnston and Lewis, JJ.

HAROLD A. REESE, Doing Business as REESE BROS., Respondent, v. BEE LINE INC., Appellant.— In an action to recover for work, labor and services, order denying in part defendant's motion for an examination before trial of plaintiff, insofar as appealed from, affirmed, with $10 costs and disbursements, the examination to proceed on five days' notice. No opinion. Close, P. J., Hagarty, Carswell, Adel and Lewis, JJ., concur.